# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 8, 2022

## NO. 03-21-00579-CV

**Alvy Childress, Appellant**

**v.**

**Travelers Indemnity Company, W&W-AFCO Steel LLC, and Texas Department of Insurance Division of Workers Compensation, Appellees**

### APPEAL FROM THE 119TH DISTRICT COURT OF TOM GREEN COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### AFFIRMED IN PART; DISMISSED IN PART -- OPINION BY JUSTICE GOODWIN

This is an appeal from the trial court's February 26, 2021 order transferring venue and its August 11, 2021 order granting the Division's plea to the judgment. We dismiss the appeal of the trial court's order transferring venue and affirm the trial court's order granting the Division's plea to the jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.